UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED DIABETIC SERVICES, INC., <br> CERTIFIED DIABETIC SUPPLIES, INC., <br> and CDS PHARMACIES, INC. | Case Nos. 9:10-bk-11046, <br> 9:10-bk-11047, and <br> 9:10-bk-11048 |
|                 Debtors. <br> _____/ | **Jointly Administered in** <br> **Case No. 9:10-bk-11046** |

**FIRST MODIFICATION TO JOINT PLAN OF
LIQUIDATION UNDER CHAPTER 11 OF THE UNITED STATES
BANKRUPTCY CODE FOR CERTIFIED DIABETIC SERVICES, INC.,
CERTIFIED DIABETIC SUPPLIES, INC., AND CDS PHARMACIES, INC.**

Certified Diabetic Services, Inc., Certified Diabetic Supplies, Inc., and CDS Pharmacies, Inc. (the "**Debtors**"), by and through their undersigned counsel, pursuant to 11 U.S.C. § 1127(a), hereby file this first modification to the Joint Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code for Certified Diabetic Services, Inc., Certified Diabetic Supplies, Inc., and CDS Pharmacies, Inc. (the "**Joint Plan**") (Doc. No. 66)[1] and, in support thereof, respectfully state as follows:

1. Article 5.1 of the Joint Plan is amended by deleting the following sentence: "The treatment of, and the consideration to be received by, Holders of Allowed Claims and Holders of Allowed Interests pursuant to the Plan shall be in full satisfaction, settlement, release, extinguishment and discharge of their respective Allowed Claims and Allowed Interests."

2. Articles 5.2(c) of the Joint Plan is deleted in its entirety and replaced with the following:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Joint Plan.

(c) <u>Class 3 – Interests in Certified Diabetic Services, Inc.</u> On the Effective Date, all Interests in Certified Diabetic Services, Inc. shall be cancelled, annulled and extinguished, provided that in the event there are sufficient assets to pay the Holders of Allowed Claims against Certified Diabetic Services, Inc. in full as provided under this Plan, the Holders of Allowed Interests in Certified Diabetic Services, Inc. shall be entitled to any distributions on account of such Allowed Interests.

3. Articles 5.3(c) of the Joint Plan is deleted in its entirety and replaced with the following:

(c) <u>Class 3 – Interests in Certified Diabetic Supplies, Inc.</u> On the Effective Date, all Interests in Certified Diabetic Supplies, Inc. shall be cancelled, annulled and extinguished, provided that in the event there are sufficient assets to pay the Holders of Allowed Claims against Certified Diabetic Supplies, Inc. in full as provided under this Plan, the Holders of Allowed Interests in Certified Diabetic Supplies, Inc. shall be entitled to any distributions on account of such Allowed Interests.

4. Articles 5.4(c) of the Joint Plan is deleted in its entirety and replaced with the following:

(c) <u>Class 3 – Interests in CDS Pharmacies, Inc.</u> On the Effective Date, all Interests in CDS Pharmacies, Inc. shall be cancelled, annulled and extinguished, provided that in the event there are sufficient assets to pay the Holders of Allowed Claims against CDS Pharmacies, Inc. in full as provided under this Plan, the Holders of Allowed Interests in CDS Pharmacies, Inc. shall be entitled to any distributions on account of such Allowed Interests.

5. Article 6.17 of the Joint Plan is amended by deleting the language ", free and clear of all Claims, Liens, charges and other interests of Holders of Claims or Interests, and may each operate its business free of any restriction imposed by the Bankruptcy Code or by the Bankruptcy Court" from the end of the paragraph.

6. The following language is added to the Joint Plan as Article 6.18:

6.18 <u>Actions Concerning Public Securities.</u> The Debtors or the Disbursing Agent shall take any and all actions necessary to evidence the suspension of the Debtors' further reporting requirements with the Securities and Exchange Commission or their statutory or regulatory obligations as a publicly traded company, including, but not limited to, seeking to deregister public securities

or consenting to an action or proceeding to revoke the registration of public securities.

7. Article 7.1(a) and (b) of the Joint Plan are deleted in their entirety and replaced with the following:

    7.1    <u>Prohibited Actions</u>.

        (a)    <u>Continuing Effect of the Automatic Stay</u>. The automatic stay shall remain in full force and effect following the Effective Date as provided by the applicable provisions of Section 362 of the Bankruptcy Code. All property that is revested with the Debtors upon the Effective Date as provided in Article 6.17 of the Plan shall be treated as property of the estate for purposes of Section 362(c)(1) of the Bankruptcy Code.

        (b)    <u>Temporary Injunction for Implementation of the Plan</u>. Pursuant to Sections 105, 1123, and 1129 of the Bankruptcy Code, in order to preserve and implement the various transactions contemplated by and provided for in the Plan, as of the Effective Date, except as otherwise expressly provided in the Plan or in the Confirmation Order, all Persons or Entities that have held, currently hold or may hold a Claim, Debt, Liability or Interest that may receive a distribution pursuant to the terms of the Plan are and shall be temporarily enjoined from taking any of the following actions on account of any such Claims, Debts, Liabilities, or Interests, other than actions brought to enforce any rights or obligations under the Plan or the Plan Documents: (a) commencing or continuing in any manner any action or other proceeding against the Debtors and their Property; (b) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order against the Debtors and their Property; (c) creating, perfecting or enforcing any Lien or encumbrance against the Debtors and their Property; (d) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Debtors; (e) commencing or continuing, in any manner or in any place, any action that does not comply with or is inconsistent with the provisions of the Plan or the Confirmation Order; or (f) interfering with or in any manner whatsoever disturbing the rights and remedies of the Debtors. The Debtors shall have the right to independently seek enforcement of this injunction provision. This injunction provision is an integral part of the Plan and is essential to its implementation. Notwithstanding anything to the contrary contained herein, the provisions of this Article shall not release or be deemed a release of any of the Causes of Action. The injunction set forth herein shall terminate upon the earlier of (i) the distribution of all of the Debtors' property under the Plan; or (ii) the closing of the Bankruptcy Cases or conversion of the cases to Chapter 7.

8. Article 7.2 of the Joint Plan is deleted in its entirety.

9. The Debtor reserves all of its rights under Article 13.1 of the Joint Plan to make further modifications to the Joint Plan.

Dated: August 24, 2010

                                        BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Attorneys for the Debtors

By:    /s/ Adam Lawton Alpert
      Adam Lawton Alpert
      Florida Bar No. 0490857
      *aalpert@bushross.com*